### IN RE WILL OF MARY E. BELL.

(Filed 13 October, 1926.)

APPEAL by caveators from *Devin, J.,* at June Term, 1926, of CARTERET.

Issue of *devisavit vel non,* raised by a caveat·to the will of Mary E. Bell. Alleged mental incapacity and undue influence are the grounds upon which the caveat is based.

The verdict establishes: (1) That the paper-writing propounded was duly executed in manner and form as prescribed by statute for the execution of wills; (2) that Mary E. Bell had sufficient mental capacity

to execute the same as her last will and testament; (3) that its execution was not procured by undue influence; and (4) that the paper-writing propounded, and every part thereof, is the last will and testament of Mary E. Bell, deceased.

From a judgment on the verdict in favor of propounder, the caveators appeal, assigning errors.

*Ward & Ward, J. F. Duncan and Cowper, Whitaker & Allen for caveators.*
*D. L. Ward, M. Leslie Davis and D. L. Ward, Jr., for propounder.*

PER CURIAM. A careful perusal of the record leaves us with the impression that the matter has been heard and determined substantially in accord with the principles of law applicable, and that the validity of the trial should be sustained. All questions in dispute have been settled by the verdict, and no action or ruling on the part of the trial court has been discovered by us which we apprehend should be held for reversible error.

The exceptions relating to the admission and exclusion of evidence, and those directed to the charge, must all be resolved in favor of the validity of the trial. No new question of law or one not heretofore settled by our decisions is presented by the appeal. The verdict and judgment will be up held.

No error.